**SARA M. PELOQUIN**
California State Bar No. pending
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
sara_peloquin@fd.org

Attorneys for Mr. Guerra

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj0339 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **JOSE MALDONADO GUERRA JR.,** | ) | |
| Defendant. | ) | |

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

           Respectfully submitted,

Dated: February 8, 2008      s/ Sara M. Peloquin
           Federal Defenders of San Diego, Inc.
           sara_peloquin@fd.org