UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | Case No. 08mj0339 |
| ) | |
| v.     ) | |
| ) | CERTIFICATE OF SERVICE |
| JOSE MALDONADO GUERRA,     ) | |
| ) | |
| Defendant.     ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Assistant United States Attorneys Office
    880 Front Street
    San Diego, CA  92101

Dated: February 8, 2008

    *s/Sara Peloquin*
    **SARA M. PELOQUIN**
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467  (tel)
    (619) 687-2666  (fax)
    E-mail:sara_peloquin@fd.org