UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj0339 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Jose Maldonado-Guerra, Jr. | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/20/08__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __30,000__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

         _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

UNITED STATES MAGISTRATE JUDGE

Received _____
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by
         Deputy Clerk

Crim-9  (Rev 6-95)                                                                 ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY