**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Defendant Mr. Maldonado-Guerra

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj0339 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **JOSE MALDONADO-GUERRA**, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-chair attorney in the above-captioned case.

Respectfully submitted,

Dated: February 28, 2008          s/ *Michelle Betancourt*
                                  **MICHELLE BETANCOURT**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Defendant
                                  michelle_betancourt@fd.org