**FILED**

MAR - 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSE MALDONADO GUERRA, JR.,<br><br>　　　　Defendant. | Criminal Case No. 08cr610-L<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about February 5, 2008, within the Southern District of California, defendant JOSE MALDONADO GUERRA, JR., did knowingly and intentionally import approximately 14.54 kilograms (31.99 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 4, 2008.

KAREN P. HEWITT
United States Attorney

for W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
2/21/08