PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 19 AM 10: 06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U. S. A. vs. GUERRA JR., JOSE M.
USM Register No. 07122-298

Docket No. 08CR0610-L-001

### Petition for Action on Conditions of Pretrial Release

Comes now Otilia León Pretrial Services Officer presenting an official report upon the conduct of defendant GUERRA JR., JOSE M. who was placed under pretrial release supervision by the Honorable Ruben B. Brooks sitting in the court at San Diego, on the 20 day of February, 2008, under the following conditions:

commit no federal, state or local crime; travel restricted to state of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and be able to legally remain in the United States during pendency of the proceeding.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Conditions Violated:** Not commit a federal, state or local crime during the period or release; travel restricted to the state of California.

1. On March 10, 2008, the defendant was arrested at the Otay Mesa Port of Entry and charged with Unlawful Importation of a Controlled Substance as evidenced by Criminal Complaint number 08MJ0779.
2. The defendant traveled outside the state of California, specifically, to Mexico, on or about March 10, 2008, as evidence by the probable cause statement in Criminal Complaint number 08MJ0779.

**Grounds for Violation:** I received and reviewed Complaint number 08MJ0779, which reports the defendant was arrested on March 10, 2008, for Unlawful Importation of a Controlled Substance. Furthermore, this complaint indicates that March 10, 2008, the defendant entered the United States from Mexico.

**PRAYING THAT THE COURT WILL ISSUE A NO-BAIL BENCH WARRANT FOR THE DEFENDANT IN ORDER TO BRING HIM BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this __17__ day of __March__, 20_08_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/12/08

Respectfully, _____
Otilia Leon, U.S. Pretrial Services Officer

Place __San Diego, California__

Date __3/12/08__