AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Jose M. Guerra Jr.

WARRANT FOR ARREST

CASE NUMBER: 08-CR-0610-L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jose M. Guerra Jr.___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Pretrial Violation

charging him or her with (brief description of offense)

DATE 3/24/08
ARRESTED BY in court
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

In violation of Title ___See Above___ United States Code, Section(s) _____

W. Samuel Hamrick, Jr. | Clerk of the Court
Name of Issuing Officer | Title of Issuing Officer

Signature of Deputy  M. Jenkins | March 20, 2008, San Diego, California
 | Date and Location

Bail fixed at $ ___No Bail___ by ___The Honorable M. James Lorenz___
 | Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

